UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WANDA LYNN BOYLE, | : | Case No. 1:15-cv-616 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and memoranda filed with this Court and, on February 14, 2017, submitted a Report and Recommendation.  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, Plaintiff's motion for attorney fees (Doc. 23) is **GRANTED**.  Plaintiff's counsel is **AWARDED** $3,802.00 in additional fees to be paid from Plaintiff's past-due benefits.

**IT IS SO ORDERED.**

Date:   3/15/17

*Timothy S. Black*
Timothy S. Black
United States District Judge